1   Zachary M. Best, SBN 166035
    Tanya E. Moore, SBN 206683
2   MISSION LAW FIRM, P.C.
    332 North Second Street
3   San Jose, California 95112
    Telephone (408) 298-2000
4   Facsimile (408) 298-6046
    E-mail: service@mission.legal
5
    Attorneys for Plaintiff,
6   Ronny-marie Wilson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY-MARIE WILSON, | No. 5:17-cv-00685-BLF |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| RED ROBIN INTERNATIONAL, INC. dba RED ROBIN BURGER & SPIRITS EMPORIUMS, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronny-marie Wilson ("Plaintiff"), and Defendant, Red Robin International, Inc. dba Red Robin Gourmet Burgers (erroneously sued as Red Robin International, Inc., dba Red Robin Burger and Spirits Emporiums) ("Defendant," and together with Plaintiff, "the Parties"), the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendant that the Court shall expressly retain jurisdiction over this matter for the purpose of adjudicating any subsequent

motion Plaintiff may bring to recover her attorneys' fees and costs. Any such motion shall be filed within 45 days of the date the Court issues its Order on this stipulation.

Dated: May 17, 2018                               MISSION LAW FIRM, A.P.C.

                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorneys for Plaintiff,
                                                Ronny-marie Wilson

Dated: May 17, 2018                               FISHER & PHILLIPS LLP

                                                */s/ Alden J. Parker*
                                                Alden J. Parker
                                                Katherine P. Sandberg
                                                Attorneys for Defendant/Cross-Defendant,
                                                Red Robin International, Inc.
                                                dba Red Robin Gourmet Burgers
                                                (erroneously sued as Red Robin Burger and
                                                Spirits Emporiums)

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                  */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorneys for Plaintiff
                                                Ronny-marie Wilson

# ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Court shall expressly retain jurisdiction over this matter for the purpose of adjudicating any motion brought by Plaintiff to recover her attorneys' fees and costs.

2. Plaintiff shall file any motion for the recovery of her attorneys' fees within 45 days of the date of this Order.

3. Except as provided for in paragraph 1, the action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: _____    _____
HON. BETH LABSON FREEMAN
United States District Judge

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER