# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RONNY-MARIE WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 17-cv-00685-BLF<br><br>**ORDER VACATING OCTOBER 11, 2018 HEARING ON MOTION FOR ATTORNEY'S FEES** |

Plaintiff Ronny-Marie Wilson has filed a motion for attorney's fees, which currently is scheduled for a hearing on October 11, 2018 at 9:00 A.M. *See* ECF 68. The Court finds that the motion is appropriate for submission without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for October 11, 2018 is VACATED.

**IT IS SO ORDERED.**

Dated: September 27, 2018

_____
BETH LABSON FREEMAN
United States District Judge